## Case Number Result Page

### Clearwater

**1 Cases Found.**

**Carla D Grossklaus Kucierk, PR Estate of T. Grossklaus vs. Mitchell B Jared, etal.**

| | |
|---|---|
| Case: | **CV-2016-0000273** **District** Filed: **07/15/2016** Subtype: **Other Claims** Judge: **Gregory FitzMaurice** Status: **Pending** |
| Defendants: | **Clearwater County Sheriff's Department  Clearwater County Sheriff, Clearwater County, Idaho  Jared, Julie A  Jared, Mitchell B** |
| Plaintiffs: | **Grossklaus Kucierk, PR Estate of T. Grossklaus, Carla D** |

Register Date of actions:

| | |
|---|---|
| 07/15/2016 | New Case Filed - Other Claims |
| 07/15/2016 | Filing: AA- All initial civil case filings in District Court of any type not listed in categories E, F and H(1) Paid by: Cannon Law Firm Receipt number: 0002214 Dated: 7/15/2016 Amount: $221.00 (Cashiers Check) For: Grossklaus Kucierk, Carla D (plaintiff) |
| 07/15/2016 | Verified Complaint and Demand for Jury Trial |
| 07/22/2016 | Summons Issued |
| 12/23/2016 | Amended Verified Complaint and Demand for Jury Trial |
| 12/23/2016 | Amended Summons Issued |

*Connection: Public*

ATTACHMENT  1
1/5/2017

FILED __July 15, 2016__ AT
__4:13 p.m.__ CLEARWATER IDAHO
BY_____

NED A. CANNON, ISB NO. 2331
CANNON LAW FIRM
Towne Square
504 Main Street, Suite 420
Lewiston, ID 83501
Telephone: (208) 743-9428
Fax: (208) 746-8421

*Attorney for Plaintiff*

IN THE DISTRICT COURT OF THE SECOND JUDICIAL DISTRICT OF
THE STATE OF IDAHO, IN AND FOR THE COUNTY OF CLEARWATER

| | |
|---|---|
| CARLA DANIELLE GROSSKLAUS KUCIERK, Personal Representative for the Estate and Heirs of Theresa Ann Grossklaus (deceased),<br><br>Plaintiff,<br><br>v.<br><br>MITCHELL B. JARED, and JULIE A. JARED, husband and wife; CLEARWATER COUNTY, IDAHO; CLEARWATER COUNTY SHERIFF'S DEPARTMENT, and CLEARWATER COUNTY SHERIFF,<br><br>Defendants. | Case No.: CV 2016 - 273<br><br>**VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL** |

On July 18, 2014, while riding her bicycle, Theresa A. Grossklaus received fatal injuries when she was struck from behind by an unmarked Clearwater County sheriff's patrol vehicle driven by Deputy Sheriff Mitchell B. Jared. Carla Kucirek as Personal Representative of her estate, and by and through her attorney of record Ned A. Cannon, alleges as follows:

VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL - 1

ATTACHMENT  2

## I. PARTIES

1.      On August 27, 2014, Plaintiff was duly appointed as Personal Representative of the Estate of Theresa A. Grossklaus, deceased ("Grossklaus"), by court order in Clearwater County, Idaho.  Plaintiff brings this action on behalf of and for the benefit of Decedent's Estate and her heirs.   Decedent's heirs include Carla Kucierk as her daughter and personal representative, her daughter Angela Grossklaus Richards and her son Kevin R. Grossklaus.

2.      Defendants Mitchell B. Jared and Julie Jared are married and are residents of Clearwater County, Idaho.

3.      Defendant Mitchell B. Jared was an employee of Clearwater County Sheriff's Department at the time of the collision and was operating an unmarked Clearwater County patrol vehicle while within the scope and course of his employment as a Deputy Sheriff of Clearwater County, Idaho.

4.      Defendant Clearwater County Sheriff is a duly authorized employee of Clearwater County, Idaho.

5.      Defendants Clearwater County, Idaho and Clearwater County Sheriff's Department are duly authorized departments and subdivisions of the State of Idaho.

## II. JURISDICTION, VENUE, AND CLAIMS

6.      Defendants committed tortious acts and/or assisted in the commission of tortious acts in Clearwater County, Idaho.  Defendants' tortious acts and/or assistance directly and proximately caused damages upon Theresa A. Grossklaus, her family, estate, and heirs.

7.      Pursuant to Idaho Code § 6-901, *et seq.*, a *Notice of Claim* was timely served on January 5, 2015, to the following parties:  Clearwater County; Clearwater County Clerk, Carrie

Bird; Clearwater County Sheriff's Office; Deputy Mitchell B. Jared; and other responsible employees of Clearwater County and the Clearwater County Sheriff's Office.

8.      Damages in this action exceed $500,000, and jurisdiction and venue are appropriate in Clearwater County, Idaho.

9.      Plaintiff represents the Estate and heirs of Theresa A. Grossklaus, namely, herself, Angela Grossklaus Richards and Kevin R. Grossklaus for injuries and damages sustained when Theresa A. Grossklaus was fatally struck by a motor vehicle operated by Defendant Mitchell B. Jared.

## III. FACTS

10.     On the morning of July 18, 2014, Theresa A. Grossklaus was riding her bicycle east, on the four lane road of US Highway 12, in the City of Orofino, Idaho, on the right hand edge of the right of the two eastbound lanes.

11.     Defendant Mitchell B. Jared was a duly authorized and employed agent and employee of Clearwater County, Clearwater County Sheriff's Department, and Clearwater County Sheriff acting within the scope of his agency and employment, and was driving an unmarked Clearwater County patrol vehicle eastbound on US Highway 12.

12.     At approximately 10:30 a.m. near milepost 43.5, Defendant Mitchell B. Jared struck the rear tire of Theresa A. Grossklaus's bicycle while driving the unmarked Clearwater County patrol vehicle in excess of posted speed and on farthest right side of the two eastbound lanes.

13.     An investigation was conducted by the Idaho State Police, and *Traffic Collision Reconstruction and Analysis Report* ("Report") was submitted by Idaho State Trooper Andrew

Schoonmaker on December 22, 2014. The Report was approved by Idaho State Police Corporal Glenn Bakken on April 26, 2015.

14.     The Report concluded that Theresa A. Grossklaus was riding her bicycle approximately one foot parallel from the right hand fog line, while the passenger side tire of the Dodge Pickup driven by Defendant Mitchell B. Jared was less than one inch from the fog line when Theresa A. Grossklaus was struck directly from behind.

15.     Defendant Mitchell B. Jared operated his vehicle in excess of the lawful posted speed limit of 50 mph for both east and westbound traffic.

16.     Trooper Schoonmaker also concluded that Defendant Mitchell B. Jared did not observe or react to Theresa A. Grossklaus's presence in the roadway.

## IV. FIRST CAUSES OF ACTION

17.     The allegations of Paragraph 1 through 16 are re-alleged as if fully set forth herein at length.

18.     It was the duty of Defendant Mitchell B. Jared to exercise the highest degree of reasonable care and diligence when operating the patrol vehicle so as not to cause injury to Theresa A. Grossklaus.

19.     Defendant Mitchell B. Jared breached his duties to Theresa A. Grossklaus by negligently and carelessly operating the patrol vehicle and driving at a higher rate of speed than lawfully allowed by the posted speed limit.

20.     As a direct and proximate result of the negligence, carelessness and reckless and grossly negligent behavior of Defendant Mitchell B. Jared, Theresa A. Grossklaus received blunt force trauma to her head, torso, and extremities, which resulted in her immediate death on July

18, 2014, thus causing general damages to her family, heirs, and estate in excess of $10,000, including but not limited to loss of love, society, companionship, guidance, support, and counsel.

21.     As a direct and proximate result of the negligence, carelessness and reckless and grossly negligent behavior of Defendant Mitchell B. Jared, Theresa A. Grossklaus's heirs and estate incurred specific damages in excess of $500,000, including reasonable and necessary Life Care costs and expenses for Kevin R. Grossklaus and attorney fees and costs for having to litigate this action.

## V. SECOND CAUSES OF ACTION

22.     The allegations of Paragraphs 1 through 21 are re-alleged as if fully set forth herein at length.

23.     Defendants Clearwater County, Clearwater County Sheriff's Department, and the Clearwater County Sheriff had a duty to use due care and caution in the employment of its employees and agents that permissibly operated motor vehicles for and on behalf of Clearwater County.

24.     Defendants Clearwater County, Clearwater County Sheriff's Department, and the Clearwater County Sheriff breached its duty when it failed and neglected to ensure proper training subsequent to the commencement of Defendant Mitchell B. Jared's employment.  Said breaches by Defendants have directly and proximately caused all damages incurred by Plaintiff.

25.     Defendants Clearwater County, Clearwater County Sheriff's Department, and the Clearwater County Sheriff were vicariously responsible for, and negligent in employing and continuing to employ Mitchell B. Jared.  While in the course of his employment, Mitchell B. Jared, carelessly and negligently maintained, drove, and operated the Clearwater County patrol vehicle that struck Theresa A. Grossklaus and caused her fatal injuries.

VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL - 5

## VI.     THIRD CAUSES OF ACTION

26.     The allegations of Paragraphs 1 through 25 are re-alleged as if fully set forth herein.

27.     As a direct and proximate result of Defendants' careless and negligent actions and omissions, Theresa A. Grossklaus, her heirs, and estate suffered damages and injuries, including violations of her state and federal constitutional rights under and pursuant to 42 USC §§ 1983 and 1988.

28.     As a direct and proximate result of the acts and omissions by Defendants, Theresa A. Grossklaus's heirs and estate sustained damages in excess of $10,000.

## VII. DEMAND FOR JURY TRIAL

29.     Plaintiff Carla Kucierk demands a trial by jury of not less than twelve on all claims and damages so triable.

## VIII.  PRAYER FOR RELIEF

WHEREFORE, Plaintiff is entitled to the entry of Judgment against all Defendants, and each of them, as alleged above in the Cause of Action for:

A.     Loss of love, society, companionship, guidance, support, and counsel of Theresa A. Grossklaus by her heirs and estate, as will be proven at trial;

B.     Special and economic damages suffered by the family, heirs, and Estate of Theresa A. Grossklaus, including but not limited to funeral and burial costs, Life Care costs for Kevin R. Grossklaus, all in excess of $500,000, plus all additional amounts, as will be proven at trial;

C.     General damages in excess of $10,000 for the heirs and Estate of Theresa A. Grossklaus, plus all additional amounts, as will be proven at trial;

VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL - 6

D.     For an award of Plaintiff's attorney fees and costs incurred in this action; and

E.     All other and further relief as the Court deems just and equitable.

DATED this 15th day of July, 2016.

CANNON LAW FIRM

*[signature]*

Ned A. Cannon

STATE OF IDAHO          )
                        ) ss.
County of Nez Perce     )

I, Carla Danielle Grossklaus Kucirek, being first duly sworn on oath, deposes and says:

I am the Plaintiff in the above-entitled action. I have read the contents of the foregoing *Complaint*, know the contents of thereof, and believe it is true and accurate to the best of my knowledge and belief.

*[signature]*

Carla Danielle Grossklaus Kucirek

SUBSCRIBED AND SWORN to before me this 15th day of July, 2016.

*[signature]*

Notary Public for Idaho
Residing at: _____ Lewiston
My commission expires: 7-15-19

*[Notary seal: NED A. CANNON, NOTARY PUBLIC, STATE OF IDAHO]*

VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL - 7

NED A. CANNON, ISB NO. 2331
CANNON LAW FIRM
Towne Square
504 Main Street, Suite 420
Lewiston, ID 83501
Telephone: (208) 743-9428
Fax: (208) 746-8421

IN THE DISTRICT COURT OF THE SECOND JUDICIAL DISTRICT OF THE
STATE OF IDAHO, IN AND FOR THE COUNTY OF CLEARWATER

| | |
|---|---|
| CARLA DANIELLE GROSSKLAUS KUCIERK, Personal Representative for the Estate and Heirs of Theresa Ann Grossklaus (deceased), | Case No.: CV 2016-273 |
| Plaintiff, | **SUMMONS** |
| v. | |
| MITCHELL B. JARED, and JULIE A. JARED, husband and wife; CLEARWATER COUNTY, IDAHO; CLEARWATER COUNTY SHERIFF'S DEPARTMENT, and CLEARWATER COUNTY SHERIFF, | |
| Defendants. | |

TO:  MITCHELL B. JARED, and JULIE A. JARED, husband and wife; CLEARWATER COUNTY, IDAHO; CLEARWATER COUNTY SHERIFF'S DEPARTMENT, and CLEARWATER COUNTY SHERIFF

NOTICE: YOU HAVE BEEN SUED BY THE ABOVE-NAMED PLAINTIFF:

THE COURT MAY ENTER JUDGMENT AGAINST YOU WITHOUT FURTHER NOTICE UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.

. You are hereby notified that in order to defend this lawsuit, an appropriate written response must be filed with the above designated court at P.O. Box 586, Orofino, Idaho 83544, phone number (208) 476-5596. within 20 days after service of this *Summons* on you. If you fail to respond the court may enter judgment against you as demanded by Plaintiff in the *Complaint*.

**SUMMONS**                                    1

A copy of the *Complaint* is served with this *Summons*. If you wish to seek representation or the advice of an attorney in this matter, you should do so promptly so that your written response, if any, may be filed in time and other legal rights protected.

An appropriate written response requires compliance with Rule 10(a)(1) and other Idaho Rules of Civil Procedure and shall also include:

  1. The title and number of this case.

  2. If your response is an *Answer to the Complaint*, it must contain admissions or denials of the separate allegations of the *Complaint* and other defenses you may claim.

  3. Your signature, mailing address, and telephone number, or the signature, mailing address, and telephone number of your attorney.

  4. Proof of mailing or delivery of a copy of your response to Plaintiff's attorney, as designated above. To determine whether you must pay a filing fee with your response, contact the Clerk of the above-named court.

DATED this 22nd day of July, 2016.

CLERK OF THE DISTRICT COURT

By _____
      Deputy Clerk

FILED __12/23/2014__ AT
__1:48 pm__ OROFINO, IDAHO
BY_____

NED A. CANNON
CANNON LAW FIRM
Towne Square
504 Main Street, Suite 420
Lewiston, ID 83501
Telephone:  (208) 743-9428
Facsimile:  (208) 746-8421
ned@cannonlawlewiston.com
Idaho State Bar No. 2331

*Attorney for Plaintiff*

IN THE DISTRICT COURT OF THE SECOND JUDICIAL DISTRICT OF
THE STATE OF IDAHO, IN AND FOR THE COUNTY OF CLEARWATER

|  |  |
|---|---|
| CARLA DANIELLE GROSSKLAUS KUCIREK, Personal Representative for the Estate and Heirs of Theresa Ann Grossklaus (deceased),<br><br>                              Plaintiff,<br><br>v.<br><br>MITCHELL B. JARED, and JULIE A. JARED, husband and wife; CLEARWATER COUNTY, IDAHO; CLEARWATER COUNTY SHERIFF'S DEPARTMENT, and CLEARWATER COUNTY SHERIFF,<br><br>                              Defendants. | Case No.: CV 2016-00273<br><br>**AMENDED VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL** |

On July 18, 2014, while riding her bicycle, Theresa A. Grossklaus received fatal

injuries when she was struck from behind by an unmarked Clearwater County sheriff's patrol

vehicle driven by Deputy Sheriff Mitchell B. Jared.   Carla Kucirek as Personal

AMENDED VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL - 1
ASSIGNED TO
GREGORY FITZMAURICE

ATTACHMENT  4

Representative of her estate, and by and through her attorney of record Ned A. Cannon, alleges as follows:

## I. PARTIES

1.    On August 27, 2014, Plaintiff was duly appointed as Personal Representative of the Estate of Theresa A. Grossklaus, deceased ("Grossklaus"), by court order in Clearwater County, Idaho.  Plaintiff brings this action on behalf of and for the benefit of Decedent's Estate and her heirs.  Decedent's heirs include Carla Kucirek as her daughter and personal representative, her daughter Angela Grossklaus Richards and her son Kevin R. Grossklaus.

2.    Defendants Mitchell B. Jared and Julie Jared are married and are residents of Clearwater County, Idaho.

3.    Defendant Mitchell B. Jared was an employee of Clearwater County Sheriff's Department at the time of the collision and was operating an unmarked Clearwater County patrol vehicle while within the scope and course of his employment as a Deputy Sheriff of Clearwater County, Idaho.

4.    Defendant Clearwater County Sheriff is a duly authorized employee of Clearwater County, Idaho.

5.    Defendants Clearwater County, Idaho and Clearwater County Sheriff's Department are duly authorized departments and subdivisions of the State of Idaho.

## II. JURISDICTION, VENUE, AND CLAIMS

6.    Defendants committed tortious acts and/or assisted in the commission of tortious acts in Clearwater County, Idaho.  Defendants' tortious acts and/or assistance

AMENDED VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL - 2

directly and proximately caused damages upon Theresa A. Grossklaus, her family, estate, and heirs.

7.      Pursuant to Idaho Code § 6-901, *et seq.*, a *Notice of Claim* was timely served on January 5, 2015, to the following parties:  Clearwater County; Clearwater County Clerk, Carrie Bird; Clearwater County Sheriff's Office; Deputy Mitchell B. Jared; and other responsible employees of Clearwater County and the Clearwater County Sheriff's Office.

8.      Damages in this action exceed $500,000, and jurisdiction and venue are appropriate in Clearwater County, Idaho.

9.      Plaintiff represents the Estate and heirs of Theresa A. Grossklaus, namely, herself, Angela Grossklaus Richards and Kevin R. Grossklaus for injuries and damages sustained when Theresa A. Grossklaus was fatally struck by a motor vehicle operated by Defendant Mitchell B. Jared.

### III. FACTS

10.      On the morning of July 18, 2014, Theresa A. Grossklaus was riding her bicycle east, on the four lane road of US Highway 12, in the City of Orofino, Idaho, on the right hand edge of the right of the two eastbound lanes.

11.      Defendant Mitchell B. Jared was a duly authorized and employed agent and employee of Clearwater County, Clearwater County Sheriff's Department, and Clearwater County Sheriff acting within the scope of his agency and employment, and was driving an unmarked Clearwater County patrol vehicle eastbound on US Highway 12.

12.      At approximately 10:30 a.m. near milepost 43.5, Defendant Mitchell B. Jared struck the rear tire of Theresa A. Grossklaus's bicycle while driving the unmarked

Clearwater County patrol vehicle in excess of posted speed and on farthest right side of the two eastbound lanes.

13.     An investigation was conducted by the Idaho State Police, and *Traffic Collision Reconstruction and Analysis Report* ("Report") was submitted by Idaho State Trooper Andrew Schoonmaker on December 22, 2014.  The Report was approved by Idaho State Police Corporal Glenn Bakken on April 26, 2015.

14.     The Report concluded that Theresa A. Grossklaus was riding her bicycle approximately one foot parallel from the right hand fog line, while the passenger side tire of the Dodge Pickup driven by Defendant Mitchell B. Jared was less than one inch from the fog line when Theresa A. Grossklaus was struck directly from behind.

15.     Defendant Mitchell B. Jared operated his vehicle in excess of the lawful posted speed limit of 50 mph for both east and westbound traffic.

16.     Trooper Schoonmaker also concluded that Defendant Mitchell B. Jared did not observe or react to Theresa A. Grossklaus's presence in the roadway.

### IV.  FIRST CAUSES OF ACTION

17.     The allegations of Paragraph 1 through 16 are re-alleged as if fully set forth herein at length.

18.     It was the duty of Defendant Mitchell B. Jared to exercise the highest degree of reasonable care and diligence when operating the patrol vehicle so as not to cause injury to Theresa A. Grossklaus.

19.     Defendant Mitchell B. Jared breached his duties to Theresa A. Grossklaus by negligently and carelessly operating the patrol vehicle and driving at a higher rate of speed than lawfully allowed by the posted speed limit.

AMENDED VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL - 4

20.     As a direct and proximate result of the negligence, carelessness and reckless and grossly negligent behavior of Defendant Mitchell B. Jared, Theresa A. Grossklaus received blunt force trauma to her head, torso, and extremities, which resulted in her immediate death on July 18, 2014, thus causing general damages to her family, heirs, and estate in excess of $10,000, including but not limited to loss of love, society, companionship, guidance, support, and counsel.

21.     As a direct and proximate result of the negligence, carelessness and reckless and grossly negligent behavior of Defendant Mitchell B. Jared, Theresa A. Grossklaus's heirs and estate incurred specific damages in excess of $500,000, including reasonable and necessary Life Care costs and expenses for Kevin R. Grossklaus and attorney fees and costs for having to litigate this action.

## V. SECOND CAUSES OF ACTION

22.     The allegations of Paragraphs 1 through 21 are re-alleged as if fully set forth herein at length.

23.     Defendants Clearwater County, Clearwater County Sheriff's Department, and the Clearwater County Sheriff had a duty to use due care and caution in the employment of its employees and agents that permissibly operated motor vehicles for and on behalf of Clearwater County.

24.     Defendants Clearwater County, Clearwater County Sheriff's Department, and the Clearwater County Sheriff breached its duty when it failed and neglected to ensure proper training subsequent to the commencement of Defendant Mitchell B. Jared's employment.  Said breaches by Defendants have directly and proximately caused all damages incurred by Plaintiff.

AMENDED VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL - 5

25.     Defendants Clearwater County, Clearwater County Sheriff's Department, and the Clearwater County Sheriff were vicariously responsible for, and negligent in employing and continuing to employ Mitchell B. Jared.   While in the course of his employment, Mitchell B. Jared, carelessly and negligently maintained, drove, and operated the Clearwater County patrol vehicle that struck Theresa A. Grossklaus and caused her fatal injuries.

## VI.     THIRD CAUSES OF ACTION

26.     The allegations of Paragraphs 1 through 25 are re-alleged as if fully set forth herein.

27.     As a direct and proximate result of Defendants' careless and negligent actions and omissions, Theresa A. Grossklaus, her heirs, and estate suffered damages and injuries, including violations of her state and federal constitutional rights under and pursuant to 42 USC §§ 1983 and 1988.

28.     As a direct and proximate result of the acts and omissions by Defendants, Theresa A. Grossklaus's heirs and estate sustained damages in excess of $10,000.

## VII. DEMAND FOR JURY TRIAL

29.     Plaintiff Carla Kucirek demands a trial by jury of not less than twelve on all claims and damages so triable.

## VIII.  PRAYER FOR RELIEF

WHEREFORE, Plaintiff is entitled to the entry of Judgment against all Defendants, and each of them, as alleged above in the Cause of Action for:

A.     Loss of love, society, companionship, guidance, support, and counsel of Theresa A. Grossklaus by her heirs and estate, as will be proven at trial;

AMENDED VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL - 6

B.      Special and economic damages suffered by the family, heirs, and Estate of Theresa A. Grossklaus, including but not limited to funeral and burial costs, Life Care costs for Kevin R. Grossklaus, all in excess of $500,000, plus all additional amounts, as will be proven at trial;

C.      General damages in excess of $10,000 for the heirs and Estate of Theresa A. Grossklaus, plus all additional amounts, as will be proven at trial;

D.      For an award of Plaintiff's attorney fees and costs incurred in this action; and

E.      All other and further relief as the Court deems just and equitable.

Dated this 23rd day of December 2016.

CANNON LAW FIRM

Ned A. Cannon

STATE OF IDAHO            )
                         ) ss.
County of Nez Perce       )

    I, Carla Danielle Grossklaus Kucirek, being first duly sworn on oath, deposes and says:

    I am the Plaintiff in the above-entitled action. I have read the contents of the foregoing *Amended Verified Complaint and Demand for Jury Trial*, know the contents thereof, and believe it is true and accurate to the best of my knowledge and belief.

                                                      Carla Grossklaus Kucirek

SUBSCRIBED AND SWORN this 23rd day of December, 2016.

                                                Notary Public for Idaho
                                                My Commission Expires:  8/21/20

NED A. CANNON
CANNON LAW FIRM
Towne Square
504 Main Street, Suite 420
Lewiston, ID 83501
Telephone: (208) 743-9428
Facsimile: (208) 746-8421
ned@cannonlawlewiston.com
Idaho State Bar No. 2331

*Attorney for Plaintiff*

IN THE DISTRICT COURT OF THE SECOND JUDICIAL DISTRICT OF THE
STATE OF IDAHO, IN AND FOR THE COUNTY OF CLEARWATER

| | |
|---|---|
| CARLA DANIELLE GROSSKLAUS KUCIREK, Personal Representative for the Estate and Heirs of Theresa Ann Grossklaus (deceased), | Case No.: CV 2016-273 |
| | **AMENDED SUMMONS** |
| Plaintiff, | |
| v. | |
| MITCHELL B. JARED, and JULIE A. JARED, husband and wife; CLEARWATER COUNTY, IDAHO; CLEARWATER COUNTY SHERIFF'S DEPARTMENT, and CLEARWATER COUNTY SHERIFF, | |
| Defendants. | |

TO: MITCHELL B. JARED, and JULIE A. JARED, husband and wife; CLEARWATER COUNTY, IDAHO; CLEARWATER COUNTY SHERIFF'S DEPARTMENT, and CLEARWATER COUNTY SHERIFF

NOTICE: YOU HAVE BEEN SUED BY THE ABOVE-NAMED PLAINTIFF:

THE COURT MAY ENTER JUDGMENT AGAINST YOU WITHOUT FURTHER NOTICE UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.

AMENDED SUMMONS

**ASSIGNED TO
GREGORY FITZMAURICE**



ATTACHMENT  5

You are hereby notified that in order to defend this lawsuit, an appropriate written response must be filed with the above designated court at P.O. Box 586, Orofino, Idaho 83544, phone number (208) 476-5596. within 20 days after service of this *Summons* on you. If you fail to respond the court may enter judgment against you as demanded by Plaintiff in the *Complaint*.

A copy of the *Complaint* is served with this *Summons*. If you wish to seek representation or the advice of an attorney in this matter, you should do so promptly so that your written response, if any, may be filed in time and other legal rights protected.

An appropriate written response requires compliance with Rule 10(a)(1) and other Idaho Rules of Civil Procedure and shall also include:

1. The title and number of this case.

2. If your response is an *Answer to the Complaint*, it must contain admissions or denials of the separate allegations of the *Complaint* and other defenses you may claim.

3. Your signature, mailing address, and telephone number, or the signature, mailing address, and telephone number of your attorney.

4. Proof of mailing or delivery of a copy of your response to Plaintiff's attorney, as designated above. To determine whether you must pay a filing fee with your response, contact the Clerk of the above-named court.

DATED this 23rd day of December, 2016.

CLERK OF THE DISTRICT COURT

By _____ /S/ CHRISTY GERING _____
    Deputy Clerk

AMENDED SUMMONS                    2