UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CARLA DANIELLE GROSSKLAUS KUCIREK, Personal Representative for the Estate and Heirs of Theresa Ann Grossklaus (deceased),<br><br>    Plaintiff,<br><br>v.<br><br>MITCHELL B. JARED; and CLEARWATER COUNTY,<br><br>    Defendants. | Case No. 3:17-CV-00028-CWD<br><br>**VERDICT FORM** |

We, the jury, impaneled and sworn in the above manner, unanimously find as follows:

**QUESTION NO. 1:** Was defendant, Mitchell B. Jared negligent, and if so, was his negligence a proximate cause of Theresa Ann Grossklaus's death?

YES __✗__      NO_____

If your answer is "No" sign the verdict form and advise the Bailiff.
If your answer is "Yes" proceed to answer Question No. 2.

**QUESTION NO. 2:** Was Theresa Ann Grossklaus negligent, and if so, was her negligence a proximate cause of her death?

**VERDICT FORM – 1**

YES __✗__ NO _____

If your answer is "No" skip to Question 4.
If your answer is "Yes" proceed to answer Question No. 3.

**QUESTION NO. 3**: In this question, you are to apportion the fault between Mitchell B. Jared and Theresa Ann Grossklaus in terms of a percentage. As to each party, determine the percentage of fault, and enter the percentage in the appropriate line. <u>Your total percentage must equal 100 %</u>.

To Mitchell B. Jared:          __65__ %

To Theresa Ann Grossklaus     __35__ %

If the percentage of fault you assigned to Theresa Ann Grossklaus is equal to or greater than the percentage of fault you assigned to Mitchell B. Jared, you are done. Sign the verdict form and advise the Bailiff.

If the percentage of fault you assigned to Theresa Ann Grossklaus is less than the percentage of fault you assigned to Mitchell B. Jared, proceed to answer Question 4.

**VERDICT FORM – 2**

**QUESTION NO. 4:** What is the total amount of damages sustained by the Estate of Theresa Ann Grossklaus as a result of her death?

1. Reasonable cost of Theresa Ann Grossklaus's funeral and related expenses?

    $ 12,903.20

2. Reasonable value of Carla D. Kucirek's loss of her mother Theresa Ann Grossklaus's service, comfort, and society?

    $ 85,000

3. Reasonable value of Angela Richards's loss of her mother Theresa Ann Grossklaus's service, comfort, and society?

    $ 85,000

4. Reasonable value of Hunter Grossklaus's loss of her mother Theresa Ann Grossklaus's service, comfort, and society?

    $ 85,000

5. The present cash value of the loss of life care services from Theresa Ann Grossklaus to her son, Hunter Grossklaus, that she would have provided in the future?

    $ 400,000

You are finished. Sign and date the verdict form and advise the Bailiff.

Dated: 4/29/2019

Presiding Juror

**VERDICT FORM – 3**