UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CARLA DANIELLE GROSSKALUS KUCIREK, Personal Representative for the Estate and Heirs of Theresa Ann Grossklaus,<br><br>        Plaintiff,<br><br>v.<br><br>MITCHELL B. JARED; and CLEARWATER COUNTY, IDAHO,<br><br>        Defendants. | Case No. 3:17-CV-00028-CWD<br><br>**JUDGMENT** |

    Pursuant to Rule 58 of the Federal Rules of Civil Procedure and based on the verdict rendered by the jury in this matter on April 29, 2019 (Dkt 103), Judgment is hereby entered in favor of Plaintiff and against the Defendants, Mitchell B. Jared and Clearwater County, Idaho, in the amount of Four Hundred and Thirty-Four Thousand and One Hundred and Thirty-Seven Dollars and Eight Cents ($434,137.08), which amount shall accrue post judgment interest at the rate of 7.38% per annum until such time as it is paid in full, along with any costs and fees as may be awarded in accordance with applicable law.

DATED: May 03, 2019

Candy W. Dale
U.S. Magistrate Judge

**JUDGMENT - 1**